October term, 1934. Opinion filed May 24, 1935.

Nelson & Ricker, for appellant. Stevens, Carrier & Griffith, for appellees; Melvin L. Griffith, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

**Robbins Music Corporation, appellant, v. Sepia Guild Players, Inc., defendant. Balaban and Katz Corporation, appellee. Gen. No. 37,813.**

 Heard in the second division of this court for the first district at the October term, 1934. 

Opinion filed May 24, 1935. Rehearing denied June 5, 1935.

Joseph A. & Philip E. Golde, for appellant. Spitz & Adcock, for appellee; George F. Hurley and William J. McCormack, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

**American National Insurance Company, appellant, v. Mary Anton, appellee. Gen. No. 37,887.**

 Heard in the second division of this court for the first district at the December term, 1934. 

 Opinion filed May 24, 1935. Rehearing denied June 5, 1935.

Donahue & Hubka, for appellant; Frank E. Donahue and Vernon E. Hubka, of counsel. Rubenstein & Becker, for appellee; Harry Becker, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

**Bell Auto Repair and Paint Company, appellant, v. Gustave F. Tufo, appellee. Gen. No. 37,899.**

 Heard in the second division of this court for the first district at the December term, 1934. Opinion filed May 24, 1935.

Jacob Kosbie, for appellant. Henry M. Tufo, for appellee; Fred J. Woodman, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

**Louis H. Freise, appellant, v. Mid-City Trust and Savings Bank of Chicago and Mid-City National Bank of Chicago, defendants. Mid-City National Bank of Chicago, appellee. Gen. No. 37,655.**

 Heard in the second division of this court for the first district at the October term, 1934. 

 Opinion filed May 24, 1935. Rehearing denied June 5, 1935.

Harry C. Kinne, for appellant; William C. Riley and John E. Nordstrand, of counsel. John M. Lee, for appellee; Thomas J. Carroll, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.